**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, *et al.*, | : |
| | : |
| Petitioners, | : |
| | : |
| v. | : Civil Action No. 05-2185 (JR) |
| | : |
| BARACK OBAMA, *et al.*, | : |
| | : |
| Respondents. | : |

## ORDER

Upon review of Petitioner's renewed request for production of documents and Respondents' opposition, request 1 is **granted** as to Petitioner's six custodial statements relied upon by the Respondents, but **denied** as to the qualifications of all participating interpreters.  Request 2 is **granted,** and request 3 is **denied.**

The parties are directed to meet and confer and propose a schedule for going forward.

It is **SO ORDERED.**


JAMES ROBERTSON
United States District Judge